UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

In re: )
)
Mark Patterson ) Case No. 10-53562
)
       Debtor(s), )
)

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Scott Greenberg and Sandberg Phoenix & von Gontard P.C. and hereby enter their appearance as counsel on behalf of AmTrust REO I, LLC in the above captioned cause. Further, pursuant to Rules 9007 and 2002 of the Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon Scott Greenberg and Sandberg Phoenix & von Gontard P.C., 600 Washington Avenue, 15th Floor, St. Louis, MO 63101-1313.

          SANDBERG PHOENIX & von GONTARD P.C.

     By: /s/ Scott Greenberg
          Scott Greenberg, MO Bar: 33575, Fed Bar: 33575MO
          600 Washington Avenue - 15th Floor
          St. Louis, MO 63101-1313
          (314) 231-3332
          (314) 241-7604 Fax
          sgreenberg@sandbergphoenix.com

          Attorneys for AmTrust REO I, LLC

## CERTIFICATE OF SERVICE

     A copy of the foregoing document was electrically filed with the United States Bankruptcy Court, Eastern District of Missouri, on the 6th day of December, 2010, and thereby electronically served on debtor's counsel, the Bankruptcy/U.S. Trustee, and other parties in interest.

                                        /s/ Jessica Nitsch